UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruby Ann Meneley, | No. 1:21-cv-00563-TLN-GSA |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Ruby Ann Meneley ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security denying her applications for Social Security Disability Insurance benefits ("SSDI") and Supplemental Security Income ("SSI") pursuant to Titles II and XVI of the Social Security Act. On September 3, 2024, the magistrate judge issued findings and recommendations to deny Plaintiff's motion for summary judgment, to grant Defendant's cross-motion, and to affirm the final decision of the Commissioner. (ECF No. 29.) On September 17, 2024, Plaintiff filed objections to the findings and recommendations. (ECF No. 30.) On September 24, 2024, Defendant responded to Plaintiff's objections. (ECF No. 31.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. After reviewing the file, including Plaintiff's

1

objections and Defendant's response, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1. The September 3, 2024, findings and recommendations (ECF No. 29) are adopted in full.
2. Plaintiff's motion for summary judgment (ECF No. 22) is DENIED.
3. The Commissioner's cross-motion for summary judgment (ECF No. 25) is GRANTED.
4. The final decision of the Commissioner of Social Security is affirmed.
5. The Clerk of Court is directed to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff.

IT IS SO ORDERED.

Date: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE